IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                              No. 4:20-cr-37-DPM

CHARLES CLIFF BROWN                                             DEFENDANT

ORDER

The Court held a competency hearing on 17 November 2020. For the reasons stated on the record at that hearing, and based on the July 2020 reports, the Court found that Brown was competent to proceed. *Dusky v. United States*, 362 U.S. 402 (1960) (*per curiam*); *see also Godinez v. Moran*, 509 U.S. 389 (1993). The Court also found that Brown understood the difference between right and wrong at the time the crimes were committed. The Court therefore adopted the reports' conclusions. *Doc. 31*.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 November 2020